UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| FRANCIS G. ALLEMANG | : | CIVIL ACTION NO. 19-cv-128 |
| VERSUS | : | JUDGE CAIN |
| STATE OF LOUISIANA, ET AL. | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 18] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Remand [doc. 5] filed by plaintiff Francis G. "Buddy" Allemang be **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 24 day of July, 2019.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE